**Exhibit A to the Complaint**

1:21-cv-00852

**Location:** Dripping Springs, TX  
**Total Works Infringed:** 53

**IP Address:** 70.112.22.103  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7C9E7439294D283600D262EF7776E5CF9F31D41E<br>File Hash: 6B9279E5B80C868C4B6CB4049FB497DD3F916FCA0AE9A9449A07A3317535D973 | 12-12-2020 19:15:52 | Tushy | 11-08-2020 | 12-09-2020 | PA0002274932 |
| 2 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 03-27-2021 07:49:45 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 3 | Info Hash: 1CE2DBF84D40D15496186DBFD8E43977A7D93EDE<br>File Hash: 5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 03-26-2021 05:04:06 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 4 | Info Hash: A985E7AC9C0F50A326C777C6E8DAC1A92A268746<br>File Hash: F2E40788FEA4B9AE0E54288F770BB334B94EF717C56D9ADFCE5BF5D67D87F891 | 03-26-2021 05:02:41 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 5 | Info Hash: 6C0E1FB88038092CAB0AE05234C54A15CF40E0A1<br>File Hash: 94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 03-23-2021 21:19:10 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 6 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 02-09-2021 03:42:33 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 7 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 02-09-2021 03:38:56 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 8 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 02-09-2021 03:38:18 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 01-18-2021 20:13:37 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 10 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 01-18-2021 20:12:17 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 11 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 01-18-2021 20:12:03 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 12 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 01-18-2021 20:07:35 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 13 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 01-18-2021 20:07:00 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 14 | Info Hash: 025477E817FDAD26E20E85603DCEC00D1BD5DA68<br>File Hash: 211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 12-28-2020 07:03:35 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 15 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash: 00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 12-12-2020 19:14:21 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 16 | Info Hash: 057D52E3AC118C1882812B3A5E3F2C3EA982FE8B<br>File Hash: E8946DBE3E8A1E96194DDFF7F571C449F50845EB4C17CDC4866603F9AAD04350 | 09-15-2020 03:10:02 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 17 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 09-15-2020 02:41:15 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 09-15-2020 02:40:48 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 19 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 09-15-2020 02:33:14 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 20 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-15-2020 02:30:42 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 21 | Info Hash: DE2C3995024B4D079497396648B3964395D7F84B<br>File Hash: 5165BF04EA47BEA0AE7308E5A2BFB707B6C783D7B7763D8E219062363FCB6F30 | 09-15-2020 02:21:08 | Tushy | 08-09-2020 | 08-31-2020 | PA0002265642 |
| 22 | Info Hash: 5C208E2ABF6083135CA52776A02D87442F215D60<br>File Hash: B55B49F458A42B14292868F01D2EB5F08D082276EBFADCC3517A80CD6DC4BAD9 | 09-15-2020 01:54:13 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 23 | Info Hash: 84FFFE98ABFE19DCA02A5D9E635FBF2086FBC369<br>File Hash: C7F004855A66E4A4622F397C1F9C6F4137E71B1CA5F7C51FDF995D4A6BCFC168 | 09-15-2020 01:48:03 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 24 | Info Hash: 6E307A8B0A47D54F90BDF98237CC4DE81AECE9FB<br>File Hash: 717BB0E946328493157AA59F3DA23755D6DAFA94C36574A6A460D16FB1856D8C | 09-15-2020 01:44:39 | Tushy | 07-26-2020 | 08-31-2020 | PA0002265634 |
| 25 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 08-11-2020 05:00:23 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 26 | Info Hash: 70F50AFA3EA776978DDA89056394C76F329E76FD<br>File Hash: 622C928A86D45B2F977C5E2EAB950E3D251C729EB4D6886E037E802F79A9FB7F | 08-11-2020 05:00:04 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 31ABA0B21D81BC8ED066320EE2A56C75B5C91877<br>File Hash: 5AA78724398529E64D86597C0DDFDC8109760EC4D253C8A36CFF17AE3C768950 | 08-11-2020 04:42:28 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |
| 28 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 08-11-2020 04:38:00 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 29 | Info Hash: C49AEC5636CEE48A256215D292AA9529A653CBDD<br>File Hash: E89274774822A469EE4796AE90F079BBDB21C4EA6BBF23EDEB85AA5E2C6BF2BF | 07-08-2020 03:27:26 | Blacked | 01-20-2019 | 02-22-2019 | PA0002155135 |
| 30 | Info Hash: 0FCF9EC8D1CC9DBA65CC496092F358D2276843F1<br>File Hash: B95548B95FEFA732023812B5D76B369992F1A78BB0B0EBD03BD23D191E27A3CC | 07-05-2020 22:06:43 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |
| 31 | Info Hash: EA19DD29EBB5CE5E95E9E1177DCAABE337F5EC69<br>File Hash: AF1C061C7971B042C63ABC1BA1C7F021AA9D4369642B29286F635A201FA4ED2B | 07-05-2020 21:42:42 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 32 | Info Hash: F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43<br>File Hash: CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 03-02-2020 04:56:29 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 33 | Info Hash: 3000CA5DB618894F3AE2C4F4EA9962D7268B229A<br>File Hash: E6C211C3E5285BF205B45A674A4CCD75A6773E497C15559E781D1B30CACA34DA | 01-05-2020 21:02:10 | Blacked Raw | 09-24-2019 | 10-07-2019 | PA0002205464 |
| 34 | Info Hash: 1D7AB4C9EF09998B39CE47D502E22775FE0190E7<br>File Hash: 5269FB7464164C4DE5B3EBB5F2372D247937BEE3357A54A124C2B4415F2543F1 | 01-05-2020 20:55:41 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 35 | Info Hash: AE85D2190589CE8883FED23909B796D22C58205F<br>File Hash: 93EE38CF768E0E62E4546E703E275C40ED5328DFE66F42DCE47FF938F9DC34C5 | 01-05-2020 20:54:26 | Blacked Raw | 12-03-2019 | 01-03-2020 | PA0002233431 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 2A235B5AC390943D91494754632D98DC21F91C61<br>File Hash: DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 01-05-2020 20:54:20 | Blacked Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |
| 37 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 01-05-2020 20:53:20 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 38 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash: 27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 01-05-2020 20:53:20 | Blacked Raw | 12-28-2019 | 01-27-2020 | PA0002223954 |
| 39 | Info Hash: 401BD78981FD230772B6E3BEFCDD92B604B2E62B<br>File Hash: B9BA7C96CD0B555A03577338399A158CD36B6A5FA61DD4781D5585947481FC21 | 01-05-2020 20:53:20 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 40 | Info Hash: E23CD6D162B5CFC41C5A68A2DB0AB011372772BD<br>File Hash: AE6089234A76060863AADCE6833291F4661DEABC658EF6E32B664F1EA9215913 | 12-29-2019 22:28:36 | Blacked Raw | 11-13-2019 | 11-27-2019 | PA0002213997 |
| 41 | Info Hash: 7C668F8411C6394FBFB7E405B0C7147CC32D0577<br>File Hash: 5BF65771F9E12766C9C40C59EE64D146060B6AAA648F2DC458F755B0EAF31F46 | 12-29-2019 21:56:54 | Blacked Raw | 10-04-2019 | 10-21-2019 | PA0002207780 |
| 42 | Info Hash: 4B8206143BB5B2FC32FFB929C01DFB2AFB41E3F0<br>File Hash: D040CE2AED438AC35E83E768CB924134CF102337FED2470503372ED77F0175A1 | 12-29-2019 21:42:43 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 43 | Info Hash: E2254BBDEFC3BCAA0AF48565B77D4091D431EDE5<br>File Hash: 685D1620CFAE4AAACC0E61E2F67392078CC9A986BAC260C7C954FCA1479F22BD | 12-29-2019 21:41:56 | Blacked Raw | 12-18-2019 | 02-03-2020 | PA0002225563 |
| 44 | Info Hash: 84E8FD6C6F2E9B85F8BCE21A8BAD2DAB22867DB8<br>File Hash: 3DB3F80054ED0D29DFA68FE027F5643AC0F95A19A404265FF87772A7CFA608A5 | 12-29-2019 21:41:17 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 6F39744937BE63FEEDE6551A91F8B37B0082B2EF<br>File Hash: 7F7BC7F611974095C3C7A80377E11EB6DF59026BBA642A191680453202D65437 | 12-09-2019 04:19:42 | Blacked | 11-11-2019 | 11-27-2019 | PA0002213994 |
| 46 | Info Hash: 0E12DA9091C2E77432B3A27279B0C576664CE999<br>File Hash: E8D36886F88D35822C4B1206FAA55D8840FBD53F11EE23F267E54EA95D67A7E6 | 11-26-2019 22:54:58 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 47 | Info Hash: 008E36A21FA419F76843CF7BA298AF41ED398337<br>File Hash: 4CE15FD9E42FF418C4D7304858BD4421476C9178E2A04FF42BD756911CBD4721 | 11-12-2019 02:32:12 | Vixen | 10-11-2019 | 10-21-2019 | PA0002207779 |
| 48 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 06-25-2019 00:05:02 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 49 | Info Hash: 60FEB3E4F343965C4C847A6F071D77F52C61BB52<br>File Hash: E524144A95E8724908EAB4170A1D1916ABFF0EFC0E12823068BEE66FD6E93A12 | 12-29-2018 05:17:09 | Tushy | 09-23-2018 | 11-01-2018 | PA0002143415 |
| 50 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 12-29-2018 05:11:59 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |
| 51 | Info Hash: 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB<br>File Hash: 1285F37579C781AD274ADF25BB944C642C7BBA7AD59AD7AB60A488CA2DFCB473 | 12-29-2018 05:10:09 | Tushy | 11-07-2018 | 11-25-2018 | PA0002136607 |
| 52 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash: 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 12-29-2018 05:05:34 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 53 | Info Hash: 400625A24D4B1350C5C9869DC1C9F7767C73C4D3<br>File Hash: 7A005E171C7E821C1A1D93469F199B9B76CEEA2F4DE9EF762B41D575C440F8CE | 12-16-2018 20:20:56 | Tushy | 06-30-2018 | 07-26-2018 | PA0002112157 |